Jowell FINLEY, Petitioner—Appellant,

v.

State of CALIFORNIA; Ernie Roe,
Warden, Respondents—
Appellees.

No. 03–15622.

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2005.*

Decided June 21, 2005.

Jowell Finley, CSPS—California State
Prison, Represa, CA, Pro se.

Joseph J. Wiseman, Esq., Wiseman Law
Group, and David A. Eldridge, Esq.,
AGCA—Office of the California Attorney
General, Department of Justice, Sacra-
mento, CA, for Respondents—Appellees.

Before: TALLMAN, BYBEE, and BEA,
Circuit Judges.

### MEMORANDUM **

Jowell Finley appeals the district court's
denial of his petition for a writ of habeas
corpus following his conviction in Califor-
nia state court for, *inter alia*, carjacking
and second-degree robbery. Finley ar-
gues that a jury instruction given by the
trial court violated his due process rights
under the Fourteenth Amendment. We
have jurisdiction pursuant to 28 U.S.C.
§§ 1291, 2253, and we affirm. As an initial
matter, we · conclude that the California
Court of Appeal's ruling on this issue did
not rest on an independent and adequate
state law ground. *See Bennett v. Mueller,*
322 F.3d 573, 580 (9th Cir.2003).

When examining permissive inference
jury instructions, the Supreme Court has
held that the proper inquiry is whether
there is "a 'rational connection' between
the basic facts that the prosecution proved
and the ultimate fact presumed, and the
latter is 'more likely than not to flow from'
the former." *County Court of Ulster
County v. Allen,* 442 U.S. 140, 165, 99 S.Ct.
2213, 60 L.Ed.2d 777 (1979) (citations omit-
ted). Here, the ultimate fact inferred rea-
sonably flowed from the basic facts proven
at trial; the inference of guilt provided for
in the instruction was rationally connected
to the facts proven by the prosecution. As
such, the state court's decision denying
Finley's due process claim was neither
"contrary to," nor "an unreasonable appli-
cation of, clearly established Federal law,
as determined by the Supreme Court of
the United States." *See* 28 U.S.C.
§ 2254(d)(1).

AFFIRMED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36-3.